IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **FERNANDO ANDRADE,** *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 5:22-CV-00067-JKP |
| **FLAGSTAR BANK, F.S.B., DEFENDANT, AND ISREAL SAUCEDO, SUBSTITUTE TRUSTEE,** *Defendants.* | § § § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Fernando Andrade ("Plaintiff") and Flagstar Bank, FSB ("Flagstar") ("collectively the "Parties") have reached an agreement allowing all claims asserted by the Parties to be dismissed with prejudice.

Dated: February 17, 2022

WHEREFORE, PREMISES CONSIDERED, the Parties request that this Court enter an order dismissing Plaintiff's claims in this lawsuit with prejudice.

Respectfully submitted,

/s/ *Crystal G. Gibson*
Crystal G. Gibson
State Bar No.: 24027322
BARRETT DAFFIN FRAPPIER TURNER &
ENGEL, L.L.P.
4004 Belt Line Rd., Suite 100
Addison, Texas 75001
972-340-7901
972-341-0734 (fax)
Email: CrystalG@bdfgroup.com
ATTORNEY FOR DEFENDANTS

/s/ *Fernando Andrade w/permission*
Fernando Andrade
23530 Enchanted W
San Antonio, TX  78260
Fandrade1322@yahoo.com
Pro Se PLAINTIFF